DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Benjamin Ruiz

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:12-cr-00236 LJO-SKO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | Date:   February 4, 2013 |
| BENJAMIN RUIZ, | Time:   1:00 p.m. |
| Defendant. | Judge:  Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel,
BRIAN W. ENOS, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN,
Assistant Federal Defender, counsel for defendant Benjamin Ruiz, that the date for status conference in
this matter may be continued to February 4, 2013, or the soonest date thereafter that is convenient to the
court.  **The date currently set for status conference is December 3, 2012.  The requested new date is
February 4, 2013.**

The government recently provided additional discovery consisting primarily of electronic
communications allegedly involving Mr. Ruiz.  The defense needs time to conduct additional investigation
based on the content of these communications.  In addition, while defense counsel has viewed the forensic
evidence in the case, arrangements are being made to allow Mr. Ruiz, who is in custody, to personally
view the forensic evidence.  For these reasons additional time is needed for defense preparation.

1   The parties agree that the delay resulting from the continuance shall be excluded as necessary for

2   effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the

3   ends of justice served by the granting of the requested continuance outweigh the interests of the public and

4   the defendant in a speedy trial.

5

6                                           BENJAMIN B. WAGNER
                                            United States Attorney
7

8   DATED: November 28, 2012               By  */s/ Brian W. Enos*
                                            BRIAN W. ENOS
9                                           Assistant United States Attorney
                                            Attorney for Plaintiff
10

11                                          DANIEL J. BRODERICK
                                            Federal Defender
12

13  DATED: November 28, 2012               By  */s/ Eric V. Kersten*
                                            ERIC V. KERSTEN
14                                          Assistant Federal Defender
                                            Attorney for Defendant
15                                          Benjamin Ruiz

16

17

18

19                          **O R D E R**

20      **IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice

21  pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

22

23  IT IS SO ORDERED.

24  **Dated:   November 28, 2012**              **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE
25

26

27

28