```
1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  Benjamin Ruiz
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:12-cr-00236 LJO-SKO-1 |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| v. | ) CONFERENCE AND ORDER THEREON |
| BENJAMIN RUIZ, | ) Date: August 19, 2013 |
| Defendant. | ) Time: 1:00 p.m. |
|  | ) Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, BRIAN W. ENOS, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Benjamin Ruiz, that the date for status conference in this matter may be continued to August 19, 2013, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is July 29, 2013. The requested new date is August 19, 2013.**

Defense counsel will be in Yosemite, covering Magistrate court proceedings, during the weeks of July 29, 2013, and August 5, 2013. This continuance is requested to allow defense counsel to be personally present at the upcoming hearing in this matter.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for continuity of counsel and effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

1  (B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh
2  the interests of the public and the defendant in a speedy trial.

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: July 25, 2013 | By */s/ Brian W. Enos*<br>BRIAN W. ENOS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: July 25, 2013 | By */s/ Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>Benjamin Ruiz |

**O R D E R**

The Court, having it on good authority that no hearings will be held in Yosemite on July 29, 2013, and being advised that this is the sixth Status Conference in this case, finds that there is good cause for denying the proposed stipulated continuance and does so.

**IT THEREFOR IS ORDERED** that the request for continuance is DENIED.  The Status conference shall go forward on July 29, 203 as scheduled.

IT IS SO ORDERED.

Dated:   July 26, 2013                          */s/ Michael J. Seng*
                                                 UNITED STATES MAGISTRATE JUDGE