BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00236-LJO-SKO |
| Plaintiff, | **PRELIMINARY ORDER OF FORFEITURE** |
| v. | |
| BENJAMIN RUIZ, | |
| aka "Benny Ruiz" | |
| Defendant. | |

Based upon the plea agreement entered into between United States of America and defendant Benjamin Ruiz aka Benny Ruiz, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253(a), defendant Benjamin Ruiz aka Benny Ruiz' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Kingston 2 GB Micro SD card, seized from defendant by law enforcement on or about July 17, 2012; and

    b. Computers compact discs, hard drives, or other storage devices containing visual depictions of minors engaged in sexually explicit conduct seized from defendant by law enforcement on or about July 17, 2012.

2. The above-listed assets constitute property which contain visual depictions mailed, shipped, or transported in violation of 18 U.S.C. § 2252(a)(2), or was used or intended to be used to commit and to promote the commission of the aforementioned violation, all in violation of 18 U.S.C. §

2253.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Department of Homeland Security, Customs and Border Protection in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253(a), in which all interests will be addressed.

6. The government, in its discretion, shall conduct discovery, including written discovery, the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated:   **July 1, 2014**                    /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE

PRELIMINARY ORDER OF FORFEITURE               2